# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTHIAN SALAZAR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 17-cv-1330-MJR-SCW ) |
| CHRISTINE BROWN, KAREN JAIMET, and JOHN DOE DOCTOR | ) ) ) |
| Defendants. | ) ) ) |

## ORDER ADOPTING REPORT & RECOMMENDATION

**REAGAN, Chief Judge:**

Plaintiff Cristhian Salazar filed suit alleging that Defendants Christine Brown and John Doe Doctor were deliberately indifferent to his medical needs. Karen Jaimet, Warden of Pinckneyville Correctional Center, was added as a defendant in her official capacity for the purpose of implementing any injunctive relief Salazar obtained.

On June 18, 2018, Defendants Brown and Jaimet filed a motion to dismiss for lack of prosecution (Doc. 17) in which they indicated that Salazar was released from prison in January 2018. Defendants have been unable to locate him, as he did not provide an updated address. They cannot obtain Salazar's new address because he was released pursuant to an interstate compact and may have been released to immigration authorities. Magistrate Judge Stephen C. Williams set the motion for hearing and warned Salazar that failure to appear would result in dismissal of his claims. (Doc. 19). The warning was stated clearly on the docket, but no notice could be sent to Plaintiff, as

1

his whereabouts are unknown. Salazar did not appear at the July 5, 2018 hearing on the motion to dismiss.

In light of his failure to appear and his lack of participation in this action, Judge Williams entered a report and recommendation on July 6, 2018, recommending that the undersigned grant the motion to dismiss (Doc. 17) and dismiss this case with prejudice for failure to prosecute. The report & recommendation notes that Salazar was informed by the Court's threshold order (Doc. 9) of his continuing obligation to update the Court with any changes of address and was warned that the failure to do so could result in dismissal of his claims.

The report and recommendation, and the accompanying docket entry, clearly state that any objections to Judge Williams' recommendation were due by July 23, 2018. No objections were filed by that deadline, nor did either party move for additional time to file objections. Accordingly, this Court need not conduct a *de novo* review. *See* **28 U.S.C. § 636(b)(1)("A judge of the court shall make a de novo determination of those portions of the report or specified findings or recommendations to which objection is made."); Fed. R. Civ. P. 72(b)(3)("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions")**.

Accordingly, the Court **ADOPTS** in its entirety Magistrate Judge Williams's Report & Recommendation (Doc. 23) and **GRANTS** Defendants' motion to dismiss

(Doc. 17). All of Plaintiff Cristhian Salazar's claims are **DISMISSED with prejudice** for failure to prosecute. The Clerk of Court shall close this case.

**IT IS SO ORDERED**.

DATED: September 13, 2018

*s/ Michael J. Reagan*
MICHAEL J. REAGAN
**Chief Judge**
**United States District Court**